IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| ANNE L. RIGOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 6: 11-cv-6332-TC |
| v. | ) |
| | ) ORDER |
| FREEMONT INVESTMENT AND LOAN; | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS (MERS); | ) |
| NORTHWEST TRUSTEE SERVICES, INC | ) |
| JP MORGAN CHASE BANK, NA; JP | ) |
| MORGAN MORTGAGE ACQUISITION | ) |
| CORP.; JP MORTGAGE ACCEPTANCE | ) |
| CORP.; and US BANK NA, | ) |
| | ) |
| Defendants. | ) |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on February 13, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my

1    - ORDER

obligation to give the factual findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1982). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. Defendants' motion to dismiss (#8) or to strike and/or for a more definitive statement is allowed to the extend the complaint is dismissed. The clerk of court is directed to enter judgment accordingly.

DATED this 16th day of March, 2012.

_____
United States District Judge

2    - ORDER